CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES DISTRICT COURT

~~Martha W Lee,~~

Chong Hao Su

         Plaintiff

V.

Dasmine McCoy

         Defendant

2025 APR 25 A 10: 21

Case No:

Honorable

*I need urgent eviction*

Plaintiffs Martha Lee, owner of the property located at 37 Concord St., Jersey City, NJ 07306 and Plaintiff Chong Su file possession application against Defendant Dasmine McCoy for the follows reasons: (Martha works out of the State, only can photo meeting and can not go to court. Plaintiff Su can go to the court. If Martha has to go to court, she needs to have her name removed))

  Building Introduction : According NJ.J. Stat. 46:8-28. Certificate of Registration, the property has been registered at NJ DCA since 1998, Registration no: 0906008028 and was issued with certification of occupancy under cyclic inspection. The Certificate of Occupancy is issued by DCA. (The evidence 1 the Certificate of Registration )

The owner has been working out of State and can not possible manage the building. First floor apartment was leased to Plaintiff Su as the salary and accommodation. Plaintiff ID proves Plaintiff has lived in there. (Evidence 2 Plaintiff ID) Electric bill is Plaintiff name. (Evidence 3 USPC utility bill) Due to Defendant's illegal conduct, Plaintiff moved in 2 Fl Apt. When First Fl 1 Apt had not a tenant, Defendant promised to stay for a few weeks and beg to live in May 2023. Plaintiff said Defendant can stay in the last room temporarily for a few weeks in May 2023. No lease between Plaintiff and Defendant. But Defendant refused to leave by the time. Plaintiff has given Defendant many times notices to move out. Such as notice to cease, notice to quit.... Although he was legally required to move out, yet he has refused to move out. After that for the long times, 1 Apt still has not the second tenant for the long time. The rent is 725/M. When Defendant just move here, Defendant paid total $1975. To deduct this money, for the two years Defendant owes rent $15000. He wants Zero Rent. When he began to live here, he used the false name. Defendant changed his name. He is the Illegal occupant. Thus Defendant has to move out for his owed rents.

The defendant is a public nuisance affecting all tenants. Under the two police reports, Defendant Dasmine McCoy is a big thief and suspects

committing a felony. The two police reports and photos, pictures, and videos can prove Defendant's guilt (Evidence 4, 5 The two police report ). Defendant broke the basement lock and broke into the basement on multiple occasions. Defendant pulled wires from the basement lights all the way to his first floor apartment with the intent to steal electricity power. The first Fl Apt only has him. So Defendant has the guilt . This action could cause a fire. After Plaintiff removed the wires, Defendant did the same thing again. Defendant stole the basement security system and all the lights and tools in the basement, etc. He wanted the basement to be dark. No one else could detect his stealing power. The PSEC cut off the electricity supply due to non-payment of the bill. The First floor apartment has been without the electricity power for 3-4 months. Defendant stole electricity power from the building for the 3 months. All of the electricity power cost, the security system cost, lights, tools, cost and other things cost at least over $2,000.00. Thus Defendant is the big thief. The police come to the basement. Police checked his wires. Defendant wires entered Defendant's apartment. Thus the police report is the indisputable evidence. Plaintiff has the

much photo pictures and video to prove the matter. I will submit later. He is the only one in the first apartment. Thus he is the big thief. Therefor Defendant suspects to commit the felony.

Defendant let the big thief to live in the 1Apt. He is responsible for his roommate's criminal behavior. The defendant must pay the sublease fee $12, 000. Defendant violated the owner discipline. Owner prohibits to sublet. He has kept taking several strangers to live here, or to have a party, drink and make noise until 4 am. Then they usually cook. There is the fire risk. When a tenant protected them, McCoy always heaps an abuse on the tenant and threatens the tenant. McCoy broke the law to destroy the property peace and quiet. Defendant changed the lock. We can not go into the Apt. His girl friend and friends live in his Apt. He has to pay all the Apt fee for months. Defendant must pay their living fee $12,000. Defendant room mate Justin Manieri is not my tenant and is trespasser. Defendant let him to live here. When Plaintiff called the police to arrest him. Defendant said he is my friend and didn't allow the police to come in. Because the Defendant changes the front door lock and prohibit Plaintiff to enter. Defendant hit Plaintiff Su and heaped an abuse on Plaintiff and sue plaintiff for trespass. Plaintiff can not go into

1 Apt. Thus McCoy has the full duty for Justine living here. Therefore the defendant bears full responsibility for his crime. The police report proves Justice was the big thief. The two witnesses and the police report can prove he broke the basement lock and stole at least $1200.00 stuffs. (Evidence 6 The police report) He had no permission to go into the basement. The police report is the undisputed evidence.   I think Defendant Dasmine McCoy suspects the double felony.

   Tenants said they usually lost some stuffs, some packages…. I think both thieves are suspected. Thus  Defendant is the public nuisance affecting all tenants. He must evict.


   Defendant filed the restraining order against all of the tenants, thus he needs to move out.  Witness Stessel, Steffen will go to the court room and will state: Defendant evicted him and other tenant out of the building. Defendant filed the criminal complaint against Plaintiff for Plaintiff evicting (Case No: 0906 S 2024 005571)  This case was dismissed. Plaintiff is 77 years old and  physically disabled and suffers from the multiple illnesses with limited English. Plaintiff need a crutch in my Life. On 12/8/24, Defendant made the false call to the fire police. Plaintiff criticized Defendant. Defendant hit Plaintiff and heap an abuse on me. Plaintiff filed for a restraining order  against Defendant. Defendant wants to evict all of the residents.  Because we are protected by the lease and the owner. Thus  Defendant has to move out for this reason.

Defendant should pay damage property fee $ 6000.00. The defendant's painting is on the wall. The witness can prove the Defendant painting the Apt and damages the Apt. Defendant damaged his room door and stove,...etc Thus Defendant must pay the Apt painting fee $6000.

For the reasons of the aforesaid, Defendant owes too much rents, supra. Defendant is the thief and suspects the felony . Defendant damages the property and evicted all of the tenants, Defendant did beat the plaintiff and insulted all the tenants. Defendant is the public hazard and affects all of the tenants..... Plaintiff respectfully request the possession judgment.

Respectfully submitted by

Plaintiff ~~Martha W Lee~~

Chong Hao Su  *Su*

If Martha plaintiff can have phone meeting please add her name.

I will submit more evidences.

Su